UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA ROSA,

                    Plaintiff,

         -against-

ADMINISTRATOIN FOR CHILDREN
SERVICES,

                    Defendant.

24-CV-3908 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 24, 2024, the Court directed Plaintiff, within thirty days, to submit the signature page of the complaint and the *in forma pauperis* ("IFP") application with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature pages. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    July 18, 2024
          New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
               Chief United States District Judge